IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
_____ DIVISION

JOHNNY GANT )
_____ )
name of plaintiff(s) )
)
v. )  Case No. _____
)  (to be assigned by clerk)
ASSURITY DIRECT INS, CO. )
CONSUMER INS. DIV )
JOHNNY BUTLER )
name of defendant(s) )
)

## COMPLAINT

1. State the grounds for filing this case in Federal Court
   (include federal statutes and/or U. S. Constitutional
   provisions, if you know them):
   BREACH OF CONTRACT, (TCPA) FCP ∞ 1832, ∞ 390
   ∞ 6. ∞ insurance 3335. TCA - §§ 47-18-101 TO 47-18-502.
   FRCP 12(b)(6). §1983. § 63:41 FTCA.

2. Plaintiff, Johnny Gant, resides at
   105 Old Trail ST, Nashville,
   street address                city
   Davidson, TN, 37207 (615) 290-0005
   county    state  zip code   telephone number

   (if more than one plaintiff, provide the same information for
   each plaintiff below)
   NA

3. Defendant, **ASSURITY DIRECT INS CO** lives at, or its business is located at **1526 K STREET P.O. BOX 82448**
   street address

   **LINCOLN**, **NA**, **NE**,
   city       county    state

   **68501-8970**
   zip code

   (if more than one defendant, provide the same information for each defendant below)

   CONSUMER INSURACE SERVICES.
   DAVY CROCKET TOWER FOURTH FLOOR
   500 JAMES ROBERTSON PARKWAY
   NASHVILLE, TN 37243.
   JOHNNY BUTLER.

4. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

   After receiving the insurance offer. Ora Gant responded with the Enrollment form, and $1.00 for the first months premium. Then she wound up Hospitalized. Then Comatos. They are unable to pay that next months premium. Assurity were aware of the matter by the attached pages within the Complaint. They responded via Exhibit (A) MR Butler, at The Department of Commerce were given The Same attachments for a resolution. his response is via Exhibit (B)

5. Prayers for Relief (list what you want the Court to do):

   a. To Asseverity release the full amount of the Claim $10,000.00

   b. Dept of Commerce. $5,000.00

   c.

   d.

I (We) hereby certify under penalty of perjury that the above petition is true to the best of my (our) information, knowledge, and belief.

Signed this 3rd day of November, 2010.

Johnny Gant
105 Old Trail Ct
Nashville, TN 37207
Johnny Gant
(signature of plaintiff(s))
(615) 290-0005