UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| Johnny Gant ) | |
| ) | Case No. 3:10-cv-01144 |
| v. ) | JUDGE CAMPBELL |
| ) | |
| Assurity Direct Ins. Co., et al. ) | |

ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on December 9, 2010.

      KEITH THROCKMORTON, CLERK
      s/Dalaina Thompson, Deputy Clerk